# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

DOUG RAY MATHENY,

                Plaintiff,

v.                                        CIVIL ACTION NO.  3:20-0203

ANDREW SAUL, Commissioner
of the Social Security Administration,

                Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny the Claimant's request for remand (ECF No. 19), grant the Defendant's request to affirm the decision below (ECF No. 20), affirm the final decision of the Commissioner, and dismiss this matter from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** the Claimant's request for remand (ECF No. 19), **GRANTS** the Defendant's request to affirm the decision below (ECF No. 20), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:       December 22, 2020

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE